BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
TODD LERAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN ORTEGA, et al.

    Defendants.

CASE NO. 2:12-mj-00125 GGH

[PROPOSED] ORDER FOR UNSEALING UNSEALING COMPLAINT

FILED
MAY 16 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: May 16, 2012

_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

2